

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/28/2016 01:35 PM

COURTROOM Room 4-117

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:15-bk-08096-FMD | 13 | 08/07/2015 |

Chapter 13

**DEBTOR:** Alexander Lis

**DEBTOR ATTY:** Kim Levy

**TRUSTEE:** Jon Waage

**HEARING:**

Continued Confirmation Hearing

**APPEARANCES:**: Kimberly McIntyre, Kim Levy

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Confirmation Hearing   - Continued to 6/9/2016 at 1:35 pm, Announced in Open Court No Further Notice Given Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.